# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**MONTRELLE FENNIDY**, on behalf
of her minor child, F██ F████
and **TOYONITA PARQUET**, on behalf
of her minor child, T████ D███

**CIVIL ACTION NO.:**

**SECTION:**

**VERSUS**

**JUDGE**

**CHRIST THE KING PARISH
SCHOOL, DAWN SWEAR
CASTILLO,** and **THE ROMAN
CATHOLIC CHURCH OF THE
ARCHDIOCESE OF NEW ORLEANS**

**MAGISTRATE JUDGE**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>NOTICE OF REMOVAL</u>

TO:   The Honorable Judges
of the United States District Court
for the Eastern District of Louisiana

Defendants, The Roman Catholic Church  of the Archdiocese of New Orleans

(hereinafter the "Archdiocese"), Christ the King Roman Catholic Church, Gretna,

Louisiana, as owner and operator of Christ the King Parish School (erroneously

referred to in the plaintiffs' petition as "Christ the King Parish School") (hereinafter

"Christ the King"), and Dawn Swear Castillo file this Notice of Removal pursuant

to 28 U.S.C. § 1331 and § 1441, and hereby remove this matter from the Civil

District Court for the Parish of Orleans, State of Louisiana, to the docket of this Honorable Court on the grounds set forth below:

1.

On August 23, 2018, plaintiffs, Montrelle Fennidy, on behalf of her minor child, F███ F█████, and Toyonita Parquet, on behalf of her minor child, T████ D███, filed this lawsuit against the defendants, in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing Case No. 2018-08411, Division "L", Section "6", and entitled *Montrelle Fennidy, on Behalf of Her Minor Child, ████ ███████ and Toyonita Parquet, on Behalf of her Minor Child, █████ █████* (*See* Verified Petition for Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction (the "Petition"), attached hereto and marked for identification as Exhibit "A").

2.

The defendants received a courtesy copy of the Petition on August 23, 2018. Defendants Christ the King and the Archdiocese were served on August 28, 2018. Ms. Castillo has not been served as of the time of filing of this Notice of Removal, but consents to this removal.

3.

The Petition seeks injunctive relief, including a temporary restraining order, preliminary injunction, and permanent injunction, and damages, costs, and attorneys'

fees. The plaintiffs allege causes of action under the United States Constitution, Amendment XIV, Section 1, and the due process clause of the Louisiana Constitution for allegedly discriminatory policies of Christ the King school.

## I.   REMOVAL IS PROPER BECAUSE THIS COURT HAS ORIGINAL JURISDICTION PURSUANT TO 28 U.S.C. § 1331.

4.

Federal district courts have original jurisdiction "of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

5.

In Paragraphs 27 and 28 of the Petition, plaintiffs allege that the defendants violated the Equal Protection clause of the U.S. Constitution and violated the minor plaintiffs' children's due process rights under the laws of Louisiana.

## II.   DEFENDANT HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL.

6.

This Notice of Removal is being filed within thirty (30) days after service and/or first receipt by defendants of documents and/or discovery responses establishing the grounds for removal under 28 U.S.C. § 1331 and 28 U.S.C. § 1446(b).

7.

Jurisdiction is founded upon the existence of federal question jurisdiction under 28 U.S.C. § 1331, which grants federal courts original jurisdiction over civil

actions arising under the Constitution, laws, or treaties of the United States.

8.

The Civil District Court for the Parish of Orleans, State of Louisiana, is located within the Eastern District of Louisiana pursuant to 28 U.S.C. § 98(a). Therefore, venue is proper in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."

9.

No previous application has been made by defendants in this case for the relief requested herein.

10.

Pursuant to 28 U.S.C. § 1446(a), defendants are attaching hereto a copy of the Petition, citations, each of the orders signed in this matter, and a motion and exceptions filed by defendants as Exhibit A *in globo*. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served upon counsel of record for plaintiffs and a copy is being filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana.

11.

Pursuant to 28 U.S.C. § 1446(b)(2)(A), each of the defendants join in and consent to the removal of this matter.

**WHEREFORE**, defendants, Christ the King Roman Catholic Church, Gretna

Louisiana, Dawn Swear Castillo, and The Roman Catholic Church of the Archdiocese of New Orleans hereby remove this action from the Civil District Court for the Parish of Orleans, State of Louisiana, to the docket of the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

**/s/ Dylan K. Knoll**
RICHARD A. BORDELON, ESQ. (14091)
RALPH J. AUCOIN, ESQ. (2606)
TODD R. GENNARDO, ESQ. (32039)
DYLAN K. KNOLL, ESQ. (35507)
DENECHAUD AND DENECHAUD, L.L.C.
1010 Common Street, Suite 3010
New Orleans, Louisiana 70112
Telephone: (504) 522-4756
Facsimile: (504) 568-0783
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record by email and/or placing same in the U.S. Mail, postage prepaid and properly addressed, this 30th day of August, 2018, and that on this same day electronically filed the foregoing by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

**s/ Dylan K. Knoll**
Dylan K. Knoll