2018-08411

**L**

Section 6

FILED

2018 AUG 23  P 02:16

CIVIL

DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.:                                    DIVISION: "        "

EXHIBIT

**A**

in globo

MONTRELLE FENNIDY, ON BEHALF OF HER MINOR CHILD, F▇▇
F▇▇ AND TOYONITA PARQUET, ON BEHALF OF HER
MINOR CHILD, T▇▇ D▇▇

**VERSUS**

CHRIST THE KING PARISH SCHOOL, DAWN SWEAR CASTILLO, AND THE
ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

FILED                                    DEPUTY CLERK

<u>VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER,
PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION</u>

NOW INTO COURT, through undersigned counsel, comes petitioner, Montrelle Fennidy, on

behalf of her minor child, F▇▇ F▇▇, and Toya Parquet, on behalf of her minor child T▇▇

D▇▇ (hereinafter referred to as "Petitioners"), through undersigned counsel, who respectfully file

this Verified Petition for Temporary Restraining Order, Preliminary Injunction, and Permanent

Injunction, and, in support thereof, state and aver as follows:

1.

The following person or entities are named as Defendants herein:

A.      **CHRIST THE KING PARISH SCHOOL** (hereinafter referred to as "Christ the
King") an elementary school located in the Parish of Jefferson, State of Louisiana
which is under the control of the Archdiocese of Orleans;

B.      **DAWN SWEAR CASTILLO** (hereinafter referred to as "Castillo") a person of the
full age of majority, who, upon information and belief, is domiciled in the Parish of
Jefferson, State of Louisiana who at all pertinent times herein was the principal of
Christ the King Parish School;

C.      **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW
ORLEANS** (hereinafter referred to as "The Archdiocese"), a Louisiana non-profit
corporation domiciled in the Parish of Orleans, State of Louisiana, authorized to do
and doing business in the State of Louisiana;

2.

Venue is appropriate in Orleans Parish pursuant to the Louisiana Code of Civil Procedure.

3.

This Honorable Court has jurisdiction and authority over this matter.

4.

Petitioners' daughters are both sixth (6th) grade students at Christ the King Parish School.

VERIFIED

Ellen Philbrick

-1-

2018 AUG 23  P 02:08

Case 2:18-cv-08258-MLCF-JVM  Document 1-1  Filed 08/30/18  Page 2 of 36
2018-08411
FILED
2018 AUG 23  P 02:16
CIVIL
DISTRICT COURT

L

Section 6

5.

In preparation for the upcoming school year, Mrs. Fennidy took her daughter F███ to get her hair braided to her scalp in neat cornrows.

6.

Ms. Parquet, whose daughter T███ suffers from medically diagnosed hair loss, also prepared her child for the upcoming school year by fitting her with hair extensions which fell approximately 3 inches below her shoulders.

7.

On the first day of the school year, Thursday, August 9, 2018, F███ was sitting in homeroom with the rest of her classmates when her teacher, who was sitting at her desk, called across the classroom and loudly asked F███ whether her hair was "*real.*" The teacher then approached the young girl and handed her a reprimand letter that her mother was supposed to sign and return to her teacher the following day. The letter declared that F███ was not in compliance with Christ the King's new mandate prohibiting her hairstyle.

8.

Shortly thereafter, F███ was called out of class by the school's guidance counselor, Diana Hetzler. Ms. Hetzler ordered F███ to bend down she could examine her hair for extensions.

9.

The following day, Ms. Parquet's daughter, T███ D███, was approached by an administrative assistant, Ms. Sue Shepard, who commented to the young girl that her hair seemed to have grown significantly since the previous year.

10.

Upon information and belief, Shepard and another school administrator, Linda Vincent, later went through the 2016-2017 year book in order to compare T███'s class photo from the previous year with her hair from the current year and deduced that she was wearing hair extensions.

11.

Shepard then asked T███ if she had "that stuff" in her hair. She politely confirmed she was wearing hair extensions.

12.

Subsequently, T███ was approached by her teacher, Ms. McCann who scolded the young girl and told her she had to take "that stuff" out of her hair and have her mother sign the same

-2-

2018-08411

L

FILED

2018 AUG 23  P 02:16

CIVIL

DISTRICT COURT

Section 6   reprimand letter F██ received the previous day.

13.

On Monday, August 13, 2018, Mrs. Fennidy contacted the school's principal, Dawn Castillo, asking that her daughter be allowed to maintain her braids. Mrs. Fennidy explained to Castillo that the braided extensions were necessary in order to preserve her daughter's hair over extending periods of time. Castillo informed Mrs. Fennidy that the extensions were not permissible because "*Styles which draw undue attention to the student and cause distractions in class are not allowed.*"

14.

F██ has worn braids since she started attending Christ the King. She is an exceptional student and has never been disciplined for causing a distraction. Nevertheless, Mrs. Fennidy offered to shorten her daughter's hairstyle in order to appease Christ the King.

15.

Both Mrs. Fennidy and Castillo agreed that F██ would have her hair re-styled such that it did not extend beyond her shoulders before Monday of the following school week.

16.

On August 16, 2018, Ms. Parquet also attempted to reach a compromise with Castillo on behalf of her daughter T██. At that time, she explained her daughter's medical condition and requested that she be allowed to maintain her extensions if she wore them in a neat bun.

17.

Castillo repeated the same excuse regarding hairstyles which "*cause distractions.*" She then told Ms. Parquet to provide the school with a physician's note and to cut her extensions to the nape of her neck. Castillo then sent an email to Ms. Parquet declaring that she would be monitoring the child's hair growth periodically.

18.

F██ subsequently returned to school with her hair braided into a ponytail that did not extend beyond her shoulders. Ms. Fennidy spent considerable time and money altering her daughter's hair into a style that would be acceptable to Christ the King.

19.

However, despite the agreement Castillo and Mrs. Fennidy reached the previous Monday, F██ was again removed from her classroom for having extensions in her hair. Castillo then asked Mrs. Fennidy to retrieve F██ from school.

2018-08411

FILED

2018 AUG 23  P 02:16

CIVIL

DISTRICT COURT

**L**

Section 6

20.

When Ms. Fennidy arrived at the school she again attempted to explain the complexities of African American hair in hopes that Castillo would understand the discriminatory nature of the policy.

21.

Castillo then responded that the young girl's braids were distracting because girls have the tendency to "*twirl*" and "*flip*" their extensions.

22.

When Mrs. Fennidy highlighted the fact that young girls flip their hair when it's long whether or not the hair is "*natural*", Castillo avoided responding to her inquiry by declaring "*It's just something we want. We don't want them wearing fake hair.*"

23.

Castillo ended the conversation saying, "*She (█████) can't come back to school.*"

24.

Subsequently, Mrs. Fennidy was informed that her tuition bill for the month of September would be cancelled and █████ has not been allowed to return to school.

25.

█████ has also not been allowed to return to school pursuant to Christ the King's policy regarding hair extensions.

26.

The Archdiocese and Christ the King are joint and solidary obligors who are liable for the actions of their employees, including Castillo.

27.

The validity of the rules and regulations promulgated by a school's governing body for the operation of schools under its supervision must be interpreted in light of the equal protection clause of the United States Constitution, Amendment XIV, Section 1, and the due process clause of the Louisiana Constitution. Estay v. Lafourche Parish School Bd., 230 So.2d 443, 447 (La. App. 1st Cir. 1969). The requirements of the equal protection clause of the U.S. Constitution and the due process clause of the Louisiana Constitution are fulfilled when the laws or regulation involved equally affect all persons similarly situated. Id. A school board's policies must be fair, not arbitrary, reasonable, and all students in the same classification are accorded uniform treatment. Id. at 450.

FILED
2018 AUG 23  P 02:16
CIVIL
DISTRICT COURT

**L**

Section 6

28.

Christ the King's policy regarding "*natural*" hairstyles are discriminatory in that the policy has a disparate impact on the African American female population of students at Christ the King. On information and belief, only the African American girls who attend Christ the King have been inspected, investigated, reprimanded, and subsequently punished for wearing extensions in violation of the Equal Protection clause of the US Constitution and their due process rights afforded under the Laws of Louisiana.

29.

F███ and T█████ have a fundamental right to an education and a right to attend school without fear of intimidation or ridicule from faculty and staff based on their race and cultural expression.

30.

As a result of Christ the Kings' biased and discriminatory policies, Petitioners' daughters have been prohibited from completing the academic school year with the rest of their classmates.  This is clear irreparable harm.

31.

Petitioners have no other adequate remedy at law. A temporary restraining order against Defendants preventing Christ the King from enforcing this policy is essential until such time as the Court can address the merits of Petitioner's preliminary injunction.

32.

Petitioners respectfully request that no bond amount be set by the Court due to the facts and circumstances surrounding this case, notably that of minor children, their education, and well-being.

33.

Plaintiffs have notified defendants in writing of their intent to seek a temporary restraining order.

WHEREFORE, Petitioners, Montrelle Fennidy and Toyonita Parquet, respectfully pray that this Honorable Court order service of this Verified Petition for Temporary Restraining Order, Preliminary Injunction, and Permanent Injunction on Defendants, Christ the King Parish School, Dawn Swear Castillo, and the Roman Catholic Church of the Archdiocese of New Orleans, and that it further:

1. Issue a temporary restraining order to take immediate effect, directed to Defendant, Christ the King Parish School, restraining, enjoining, or prohibiting it from enforcing its policy

2018-08411

**L**

## Section 6

FILED

2018 AUG 23  P 02:16

CIVIL

DISTRICT COURT

that *"only the student's natural hair is permitted. Extensions, wigs, hair pieces of any kind are not allowed."*

2. Order that Petitioners not be compelled to post any bond and holding that the temporary restraining order shall take immediate effect, notwithstanding the delay in posting.

3. Set a hearing on preliminary injunctive relief, in accordance with Louisiana Code of Civil Procedure article 3602, to take place no later than ten (10) days from the issuance of the temporary restraining order; and

4. After due proceedings are had, grant Petitioners preliminary and permanent injunctive relief to which she may be entitled, as well as any other relief to which she may be entitled by law or equity, including damages, costs, and attorney's fees.

Respectfully submitted,

CHEHARDY, SHERMAN, WILLIAMS,
MURRAY, RECILE, STAKELUM,
& HAYES, LLP

JAMES M. WILLIAMS (BRN 26141)
INEMESIT U. O'BOYLE (BRN 30007)
ERIN B. RIGSBY (BRN 37374)
One Galleria Boulevard, Suite 1100
Metairie, Louisiana 70001
Telephone: (504) 833-5600
Facsimile: (504) 833-8080
*Attorneys for Petitioners*

**PLEASE SERVE:**

**CHRIST THE KING PARISH SCHOOL**
Through its principal place of business:
2106 Deerfield Rd.
Terrytown, LA 70056

**CHRIST THE KING PARISH SCHOOL**
Through its registered agent for service of process:
Jeffrey J. Entwisle
7887 Walmsley Avenue
New Orleans, LA 70125

**DAWN SWEAR CASTILLO**
Through her place of employment:
Christ the King Parish School
2106 Deerfield Rd.
Terrytown, LA 70056

**THE ROMAN CATHOLIC CHURCH**
**OF THE ARCHDIOCESE OF NEW ORLEANS**
Through its registered agent for service of process:
Jeffrey J. Entwisle
7887 Walmsley Avenue
New Orleans, LA 70125

E-Filed

2018-08411

**L**

Section 6

FILED

2018 AUG 23  P 02:16

CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.:                                                    DIVISION: "      "

MONTRELLE FENNIDY, ON BEHALF OF HER MINOR CHILD, F█████
F█████ AND TOYONITA PARQUET, ON BEHALF OF HER
MINOR CHILD, T█████ D█████

VERSUS

CHRIST THE KING PARISH SCHOOL, DAWN SWEAR CASTILLO, AND THE
ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

_____          _____
**FILED**                          **DEPUTY CLERK**

**VERIFICATION**

BEFORE ME, the undersigned Notary Public, did come and appear

JAMES M. WILLIAMS

Who, after being duly sworn, did attest and state that:

1. I am an attorney licensed to practice in the State of Louisiana.

2. I am counsel for Petitioner, Montrelle Fennidy, on behalf of her minor child, F██ F█████.

3. I am counsel for Petitioner, Toyonita Parquet, on behalf of her minor child, T█████.

4. All facts contained in the foregoing Verified Petition for Temporary Restraining Order,
   Preliminary Injunction and Permanent Injunction are true and accurate to the best of my
   knowledge and belief.

FURTHER AFFIANT SAYETH NOT.

_____
JAMES M. WILLIAMS

SWORN TO AND SUBSCRIBED before me,
on this 23rd day of August, 2018

_____
NOTARY PUBLIC

E-Filed

2018-08411

**L**

Section 6

FILED

2018 AUG 23  P 02:16

CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.:                                                                    DIVISION: "      "

MONTRELLE FENNIDY, ON BEHALF OF HER MINOR CHILD, F▮▮▮
F▮▮▮▮ AND TOYONITA PARQUET, ON BEHALF OF HER
MINOR CHILD, T▮▮▮▮ D▮▮▮

**VERSUS**

CHRIST THE KING PARISH SCHOOL, DAWN SWEAR CASTILLO, AND THE
ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

_____          _____
**FILED**                                        **DEPUTY CLERK**

### RULE TO SHOW CAUSE

IT IS HEREBY ORDERED that Defendants, Christ the King Parish School, Dawn Swear

Castillo, and The Roman Catholic Church of the Archdiocese of New Orleans, show cause on the

_____ day of _____, 2018, at _____ a.m./p.m., in Division _____ of Civil District

Court for the Parish of Orleans, why a preliminary injunction in the form and substance of the

temporary restraining order above, should not be issued, and be effective during the pendency of these

proceedings.  On the hearing of this rule, proof may be adduced in accordance with Louisiana Code

of Civil Procedure article 3909 by verified pleadings, by supporting affidavits, or by proof as in

ordinary cases, or by any or all of such methods, at the election of the party offering proof.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
JUDGE

**SEE NEXT PAGE FOR SERVICE INSTRUCTIONS**

E-Filed

2018-08411

**L**

Section 6

FILED

2018 AUG 23  P 02:16

CIVIL

DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.:                                                          DIVISION: "     "

MONTRELLE FENNIDY, ON BEHALF OF HER MINOR CHILD, F▮▮▮
F▮▮▮▮▮ AND TOYONITA PARQUET, ON BEHALF OF HER
MINOR CHILD, T▮▮▮▮▮ D▮▮▮

VERSUS

CHRIST THE KING PARISH SCHOOL, DAWN SWEAR CASTILLO, AND THE
ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

---

**FILED**                              **DEPUTY CLERK**

**PLEASE SERVE:**

**CHRIST THE KING PARISH SCHOOL**
Through at its principal place of business:
2106 Deerfield Rd.
Terrytown, LA 70056

**CHRIST THE KING PARISH SCHOOL**
Through its registered agent for service of process:
Jeffrey J. Entwisle
7887 Walmsley Avenue
New Orleans, LA 70125

**DAWN SWEAR CASTILLO**
Through her place of employment:
Christ the King Parish School
2106 Deerfield Rd.
Terrytown, LA 70056

**THE ROMAN CATHOLIC CHURCH**
**OF THE ARCHDIOCESE OF NEW ORLEANS**
Through its registered agent for service of process:
Jeffrey J. Entwisle
7887 Walmsley Avenue
New Orleans, LA 70125

E-Filed

2018-08411

**L**

Section 6

FILED

2018 AUG 23  P 02:16

CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.:                                                    DIVISION: " "

MONTRELLE FENNIDY, ON BEHALF OF HER MINOR CHILD, █
█ ████ AND TOYONITA PARQUET, ON BEHALF OF HER
MINOR CHILD, T███████ D████

VERSUS

CHRIST THE KING PARISH SCHOOL, DAWN SWEAR CASTILLO, AND THE
ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

_____          _____
FILED                                      DEPUTY CLERK

## ORDER

It appearing from the Verified Petition for Temporary Restraining Order, Preliminary Injunction and Permanent Injunction, that Petitioners' rights will be immediately and irreparably harmed before notice can be served and hearing had on this application for a preliminary injunction:

IT IS ORDERED, ADJUDGED, AND DECREED that a temporary restraining order to take immediate effect, directed to Defendant, Christ the King Parish School, restraining, enjoining, or prohibiting it from enforcing its policy that "*only the student's natural hair is permitted. Extensions, wigs, hair pieces of any kind are not allowed.*"

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this temporary restraining order take effect immediately without the posting of bond by Petitioner.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this order shall expire at 12:00 p.m. on the tenth (10th) day following Petitioners posting of bond, if any, unless within such time, this Order is extended by the Court or unless Defendants consent that this Order may be extended for a longer period.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
JUDGE

E-Filed

2018-08411

L

Section 6

**FILED**

2018 AUG 23  P 02:16

CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.:                                                        DIVISION: "      "

MONTRELLE FENNIDY, ON BEHALF OF HER MINOR CHILD, █
█ AND TOYONITA PARQUET, ON BEHALF OF HER
MINOR CHILD, ██████ D█

VERSUS

CHRIST THE KING PARISH SCHOOL, DAWN SWEAR CASTILLO, AND THE
ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

_____          _____
FILED                                         DEPUTY CLERK

**RULE TO SHOW CAUSE**

IT IS HEREBY ORDERED that Defendants, Christ the King Parish School, Dawn Swear Castillo, and The Roman Catholic Church of the Archdiocese of New Orleans, show cause on the 6th day of September, 2018, at 9:30 a.m./p.m., in Division L of Civil District Court for the Parish of Orleans, why a preliminary injunction in the form and substance of the temporary restraining order above, should not be issued, and be effective during the pendency of these proceedings. On the hearing of this rule, proof may be adduced in accordance with Louisiana Code of Civil Procedure article 3909 by verified pleadings, by supporting affidavits, or by proof as in ordinary cases, or by any or all of such methods, at the election of the party offering proof.

New Orleans, Louisiana, this 23rd day of August, 2018.

_____
JUDGE
Piper D. Griffin
Judge, Division "I"
Civil District Court
Parish of Orleans, State of Louisiana

VERIFIED

VERIFIED
Ellen A Philbrick
8-24-18

**SEE NEXT PAGE FOR SERVICE INSTRUCTIONS**

-8-

E-Filed

2018-08411

# L

## Section 6

FILED

2018 AUG 23  P 02:16

CIVIL

DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.:                                                    DIVISION: "      "

MONTRELLE FENNIDY, ON BEHALF OF HER MINOR CHILD, ▮▮▮
▮▮▮▮▮ AND TOYONITA PARQUET, ON BEHALF OF HER
MINOR CHILD, ▮ ▮▮▮▮▮▮ D▮▮▮▮

VERSUS

CHRIST THE KING PARISH SCHOOL, DAWN SWEAR CASTILLO, AND THE
ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

FILED                              DEPUTY CLERK

## ORDER

It appearing from the Verified Petition for Temporary Restraining Order, Preliminary

Injunction and Permanent Injunction, that Petitioners' rights will be immediately and irreparably

harmed before notice can be served and hearing had on this application for a preliminary

injunction:

IT IS ORDERED, ADJUDGED, AND DECREED that a temporary restraining order to take

immediate effect, directed to Defendant, Christ the King Parish School, restraining, enjoining, or

prohibiting it from enforcing its policy that "*only the student's natural hair is permitted. Extensions,*

*wigs, hair pieces of any kind are not allowed.*"

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this temporary restraining

order take effect immediately without the posting of bond by Petitioner.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this order shall expire at

11:59 pm on September 6, 2018  ~~RJS~~   in the amount of $500.00 PTS

~~12:00 a.m. on the tenth (10th) day~~ following Petitioners posting of bond, if any, unless within such

time, this Order is extended by the Court or unless Defendants consent that this Order may be

extended for a longer period.

New Orleans, Louisiana, this _____ day of ____AUG 23 2018____, 2018.

_____
JUDGE

_8/24_, 20 _18_

Received $500.00 chk#057416

*Chebardy Sherman Williams & Jurcay, Recile,*

to be deposited in Registry of Court.   *Stakelum & Hayes, LLP*

Receipt No. _52234-coustodea_

_Theresa C. Lewis_

Clerk

**VERIFIED**

Ellen K Hubbard

8-24-18

Piper D. Griffin

Judge _____ _____ "

Ci _____ _____ t

F _____ _____

**VERIFIED** of Louisiana

E-Filed

**ATTORNEY'S NAME:**   Williams, James M 26141
**AND ADDRESS:**   1 Galleria Blvd., Suite 1100 , Metairie, LA 70001

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2018-08411 | DIVISION: L | SECTION: 06 |
|---|---|---|

**MONTRELLE FENNIDY, ON BEHALF OF HER MINOR CHILD, F█████ F█████, AND TOYONITA
PARQUET, ON BEHALF OF HER MINOR CHILD, T█████ D█████**

### Versus

**CHRIST THE KING PARISH SCHOOL, DAWN SWEAR CASTILLO, AND THE ROMAN CATHOLIC
CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

### CITATION

TO:        CHRIST THE KING PARISH SCHOOL

THROUGH:   AT ITS PRINCIPAL PLACE OF BUSINESS:

               2106 DEERFIELD RD., TERRYTOWN, LA 70056

**YOU HAVE BEEN SUED:** You are ordered to show cause **September 6, 2018** at **9:30 AM** as prescribed in the annexed copy of petitions prayed for and according to law.

You must either comply with the demand contained in the

VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 24, 2018**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA**
**by** *Ellen K. Philbrick*
**Ellen Philbrick, Deputy Clerk**

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION** | **VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION** |
| ON  CHRIST THE KING PARISH SCHOOL | ON  CHRIST THE KING PARISH SCHOOL |
| THROUGH:  AT ITS PRINCIPAL PLACE OF BUSINESS: | THROUGH:  AT ITS PRINCIPAL PLACE OF BUSINESS: |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said CHRIST THE KING PARISH SCHOOL being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER       RETURN | _____ No. _____ |
| _____/_____ | Deputy Sheriff of _____ |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 9999665               Page 1 of 1

**ATTORNEY'S NAME:**   Williams, James M 26141
**AND ADDRESS:**   1 Galleria Blvd., Suite 1100 , Metairie, LA 70001

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2018-08411 | DIVISION: L | SECTION: 06 |
|---|---|---|

**MONTRELLE FENNIDY, ON BEHALF OF HER MINOR CHILD, F████ H██████ AND TOYONITA PARQUET, ON BEHALF OF HER MINOR CHILD, T███ D████**

**Versus**

**CHRIST THE KING PARISH SCHOOL, DAWN SWEAR CASTILLO, AND THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

### CITATION

TO:   CHRIST THE KING PARISH SCHOOL

THROUGH:   ITS REGISTERED AGENT FOR SERVICE OF PROCESS, JEFFREY J. ENTWISLE

7887 WALMSLEY AVENUE, NEW ORLEANS, LA 70125

**YOU HAVE BEEN SUED:** You are ordered to show cause **September 6, 2018** at **9:30 AM** as prescribed in the annexed copy of petitions prayed for and according to law.

You must either comply with the demand contained in the

VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 24, 2018**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _Ellen K. Philbrick_
Ellen Philbrick, Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION | VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION |
| ON  CHRIST THE KING PARISH SCHOOL | ON  CHRIST THE KING PARISH SCHOOL |
| THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS, JEFFREY J. ENTWISLE | THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS, JEFFREY J. ENTWISLE |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of |
| _____ No. _____ | _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said CHRIST THE KING PARISH SCHOOL being absent from the domicile at time of said service. |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER          RETURN | _____ No. _____ |
| _____ / _____ / _____ | Deputy Sheriff of _____ |
| SERIAL NO.     DEPUTY     PARISH | |

**ATTORNEY'S NAME:**   Williams, James M 26141
**AND ADDRESS:**   1 Galleria Blvd., Suite 1100 , Metairie, LA 70001

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2018-08411 | DIVISION: L | SECTION: 06 |
|---|---|---|

**MONTRELLE FENNIDY, ON BEHALF OF HER MINOR CHILD, F███ F█████ AND TOYONITA PARQUET, ON BEHALF OF HER MINOR CHILD, T███ D█████**

#### Versus

**CHRIST THE KING PARISH SCHOOL, DAWN SWEAR CASTILLO, AND THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

#### CITATION

TO:   DAWN SWEAR CASTILLO

THROUGH:   HER PLACE OF EMPLOYMENT, CHRIST THE KING PARISH SCHOOL

2106 DEERFIELD RD., TERRYTOWN, LA 70056

**YOU HAVE BEEN SUED:** You are ordered to show cause **September 6, 2018** at **9:30 AM** as prescribed in the annexed copy of petitions prayed for and according to law.

You must either comply with the demand contained in the

VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

#### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 24, 2018**

| | |
|---|---|
| **Clerk's Office, Room 402, Civil Courts**<br>**421 Loyola Avenue**<br>**New Orleans, LA** | **CHELSEY RICHARD NAPOLEON, Clerk of**<br>**The Civil District Court**<br>**for the Parish of Orleans**<br>State of LA<br>by *Ellen K. Philbrick*<br>**Ellen Philbrick, Deputy Clerk** |

---

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION** | **VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION** |
| ON  **DAWN SWEAR CASTILLO** | ON  **DAWN SWEAR CASTILLO** |
| THROUGH: **HER PLACE OF EMPLOYMENT, CHRIST THE KING PARISH SCHOOL** | THROUGH: **HER PLACE OF EMPLOYMENT, CHRIST THE KING PARISH SCHOOL** |
| Returned the same day | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and |
| _____ No. _____ | discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating |
| Deputy Sheriff of _____ | HIM/HER the said **DAWN SWEAR CASTILLO** being absent from the domicile at time of said service. |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | Returned the same day |
| _____ / _____ / | _____ No. _____ |
| SERIAL NO.          DEPUTY          PARISH | Deputy Sheriff of _____ |

ATTORNEY'S NAME:  Williams, James M 26141
AND ADDRESS:  1 Galleria Blvd., Suite 1100 , Metairie, LA 70001

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2018-08411 | DIVISION: L | SECTION: 06 |

**MONTRELLE FENNIDY, ON BEHALF OF HER MINOR CHILD, F███ F█████ AND TOYONITA PARQUET, ON BEHALF OF HER MINOR CHILD, T█████ D████**

**Versus**

**CHRIST THE KING PARISH SCHOOL, DAWN SWEAR CASTILLO, AND THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

### CITATION

TO:  THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS, JEFFREY J. ENTWISLE

7887 WALMSLEY AVENUE, NEW ORLEANS, LA 70125

**YOU HAVE BEEN SUED:** You are ordered to show cause **September 6, 2018** at **9:30 AM** as prescribed in the annexed copy of petitions prayed for and according to law.

You must either comply with the demand contained in the

VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\***

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA August 24, 2018**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _Ellen K. Philbrick_
Ellen Philbrick, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION | VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION |
| ON  THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS | ON  THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS |
| THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS, JEFFREY J. ENTWISLE | THROUGH:  ITS REGISTERED AGENT FOR SERVICE OF PROCESS, JEFFREY J. ENTWISLE |
| Returned the same day _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | Returned the same day |
| _____ / ENTERED / _____ | _____ No. _____ |
| PAPER          RETURN | Deputy Sheriff of _____ |
| _____ / _____ | |
| SERIAL NO.     DEPUTY     PARISH | |

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

| NO: 2018-08411 | DIVISION: L | SECTION: 06 |
|---|---|---|

**MONTRELLE FENNIDY, ON BEHALF OF HER MINOR CHILD, F████ F█████ AND TOYONITA PARQUET, ON BEHALF OF HER MINOR CHILD, T███████ D████**
**Versus**
**CHRIST THE KING PARISH SCHOOL, DAWN SWEAR CASTILLO, AND THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**

_____/ENTERED/_____
PAPER                                    RETURN

_____/_____/_____
SERIAL NO.:        DEPUTY        PARISH

### RESTRAINING ORDER

TO:            CHRIST THE KING PARISH SCHOOL

THROUGH:    ITS REGISTERED AGENT FOR SERVICE OF PROCESS, JEFFREY J. ENTWISLE

7887 WALMSLEY AVENUE, NEW ORLEANS, LA 70125

GREETINGS: WHEREAS, it has been represented unto us in our said District Court on the part of **Fennidy, Montrelle** in a **VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION** lately exhibited against you touching certain matters and things therein set forth; and, Whereas, the Honorable **Piper D. Griffin**, a Judge of our said Court, upon due consideration thereof, has made and allowed an order in said cause, whereby you are required to show cause on the **6th** day of **September, 2018** at **9:30** o'clock **AM** why an injunction should not issue as prayed for in said **VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION** ; And Whereas, the said Judge has granted and allowed an order restraining you **CHRIST THE KING PARISH SCHOOL** immediately and forthwith and during the pendency of said motion for an injunction to the full extent and effect as prayed for in said **VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION**.

Now, therefore, in consideration of the premises and of the allegations in said **VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION** contained, you, the said **CHRIST THE KING PARISH SCHOOL**, your agents, attorneys, and servants and each of you are hereby commanded and strictly enjoined under the penalty of law, that you and each of you absolutely refrain and desist from **ENFORCING ITS POLICY THAT "ONLY THE STUDENT'S NATURAL HAIR IS PERMITTED.  EXTENSIONS, WIGS, HAIR PIECES OF ANY KIND ARE NOT ALLOWED."** And that you the said **CHRIST THE KING PARISH SCHOOL** your agents, attorneys, and servants and each of you remain so inhibited and restrained until the further order of our said Court in the premises.

Witness the Honorables **Bernadette D'Souza, Christopher J. Bruno, D. Nicole Sheppard, Ellen M. Hazeur, Ethel S. Julien, Kern A. Reese, Monique E. Barial, Nakisha Ervin-Knott, Paulette Irons, Piper D. Griffin, Rachael Johnson, Robin M. Giarrusso, Sidney H. Cates IV, Melvin Zeno,** Judges of the said Court of the City of New Orleans, LA, this **24th** day of **August** in the year of our Lord, **2018**.

_Ellen K. Philbrick_
Ellen Philbrick, Deputy Clerk
CHELSEY RICHARD NAPOLEON,
CLERK OF COURT

Issued at the request of:
**Williams, James M 26141**

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

| | | |
|---|---|---|
| NO: 2018-08411 | DIVISION: L | SECTION: 06 |

MONTRELLE FENNIDY, ON BEHALF OF HER
MINOR CHILD, F███ F█████ AND
TOYONITA PARQUET, ON BEHALF OF HER
MINOR CHILD T█████ D█████
Versus
CHRIST THE KING PARISH SCHOOL, DAWN
SWEAR CASTILLO, AND THE ROMAN
CATHOLIC CHURCH OF THE ARCHDIOCESE
OF NEW ORLEANS

_____/ENTERED/_____

PAPER                                    RETURN

_____/_____/_____

SERIAL NO.:        DEPUTY        PARISH

### RESTRAINING ORDER

TO:            CHRIST THE KING PARISH SCHOOL

THROUGH:    ITS PRINCIPAL PLACE OF BUSINESS,

2106 DEERFIELD RD., TERRYTOWN, LA 70056

GREETINGS: WHEREAS, it has been represented unto us in our said District Court on the part of **Fennidy, Montrelle** in a **VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION** lately exhibited against you touching certain matters and things therein set forth; and, Whereas, the Honorable **Piper D. Griffin**, a Judge of our said Court, upon due consideration thereof, has made and allowed an order in said cause, whereby you are required to show cause on the **6th** day of **September, 2018** at **9:30** o'clock **AM** why an injunction should not issue as prayed for in said **VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION** ; And Whereas, the said Judge has granted and allowed an order restraining you **CHRIST THE KING PARISH SCHOOL** immediately and forthwith and during the pendency of said motion for an injunction to the full extent and effect as prayed for in said **VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION**.

Now, therefore, in consideration of the premises and of the allegations in said **VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION** contained, you, the said **CHRIST THE KING PARISH SCHOOL**, your agents, attorneys, and servants and each of you are hereby commanded and strictly enjoined under the penalty of law, that you and each of you absolutely refrain and desist from **ENFORCING ITS POLICY THAT "ONLY THE STUDENT'S NATURAL HAIR IS PERMITTED. EXTENSIONS, WIGS, HAIR PIECES OF ANY KIND ARE NOT ALLOWED."**And that you the said **CHRIST THE KING PARISH SCHOOL** your agents, attorneys, and servants and each of you remain so inhibited and restrained until the further order of our said Court in the premises.

Witness the Honorables **Bernadette D'Souza, Christopher J. Bruno, D. Nicole Sheppard, Ellen M. Hazeur, Ethel S. Julien, Kern A. Reese, Monique E. Barial, Nakisha Ervin-Knott, Paulette Irons, Piper D. Griffin, Rachael Johnson, Robin M. Giarrusso, Sidney H. Cates IV, Melvin Zeno,** Judges of the said Court of the City of New Orleans, LA, this **24th** day of **August** in the year of our Lord, **2018**.

*Ellen K Philbrick*

Ellen Philbrick, Deputy Clerk
CHELSEY RICHARD NAPOLEON,
CLERK OF COURT

Issued at the request of:
**Williams, James M 26141**

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO: 2018-08411                    DIVISION: L                    SECTION: 06

MONTRELLE FENNIDY, ON BEHALF OF HER
MINOR CHILD, ██████ F████ AND
TOYONITA PARQUET, ON BEHALF OF HER
MINOR CHILD, T███████ D████
Versus
CHRIST THE KING PARISH SCHOOL, DAWN
SWEAR CASTILLO, AND THE ROMAN
CATHOLIC CHURCH OF THE ARCH DIOCESE
OF NEW ORLEANS

_____/ENTERED/_____

PAPER                                    RETURN

_____/_____/_____

SERIAL NO.:        DEPUTY        PARISH

### RESTRAINING ORDER

TO:        DAWN SWEAR CASTILLO

THROUGH:   HER PLACE OF EMPLOYMENT, CHRIST THE KING PARISH SCHOOL

           2106 DEERFIELD RD., TERRYTOWN, LA 70056

GREETINGS: WHEREAS, it has been represented unto us in our said District Court on the part of **Fennidy, Montrelle** in a **VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION** lately exhibited against you touching certain matters and things therein set forth; and, Whereas, the Honorable **Piper D. Griffin**, a Judge of our said Court, upon due consideration thereof, has made and allowed an order in said cause, whereby you are required to show cause on the **6th** day of **September, 2018** at **9:30** o'clock **AM** why an injunction should not issue as prayed for in said **VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION** ; And Whereas, the said Judge has granted and allowed an order restraining you **DAWN SWEAR CASTILLO** immediately and forthwith and during the pendency of said motion for an injunction to the full extent and effect as prayed for in said **VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION**.

Now, therefore, in consideration of the premises and of the allegations in said **VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION** contained, you, the said **DAWN SWEAR CASTILLO**, your agents, attorneys, and servants and each of you are hereby commanded and strictly enjoined under the penalty of law, that you and each of you absolutely refrain and desist from **ENFORCING ITS POLICY THAT "ONLY THE STUDENT'S NATURAL HAIR IS PERMITTED.  EXTENSIONS, WIGS, HAIR PIECES OF ANY KIND ARE NOT ALLOWED."** And that you the said **DAWN SWEAR CASTILLO** your agents, attorneys, and servants and each of you remain so inhibited and restrained until the further order of our said Court in the premises.

Witness the Honorables **Bernadette D'Souza, Christopher J. Bruno, D. Nicole Sheppard, Ellen M. Hazeur, Ethel S. Julien, Kern A. Reese, Monique E. Barial, Nakisha Ervin-Knott, Paulette Irons, Piper D. Griffin, Rachael Johnson, Robin M. Giarrusso, Sidney H. Cates IV, Melvin Zeno,** Judges of the said Court of the City of New Orleans, LA, this **24th** day of **August** in the year of our Lord, **2018**.

Issued at the request of:
**Williams, James M 26141**

_Ellen K Philbrick_
Ellen Philbrick, Deputy Clerk
CHELSEY RICHARD NAPOLEON,
CLERK OF COURT

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

### STATE OF LOUISIANA

NO: 2018-08411      DIVISION: L      SECTION: 06

MONTRELLE FENNIDY, ON BEHALF OF HER
MINOR CHILD, █████ █████ AND
TOYONITA PARQUET, ON BEHALF OF HER
MINOR CHILD, ██████ D████

Versus

CHRIST THE KING PARISH SCHOOL, DAWN
SWEAR CASTILLO, AND THE ROMAN
CATHOLIC CHURCH OF THE ARCHDIOCESE
OF NEW ORLEANS

/ENTERED/

PAPER             RETURN

SERIAL NO.:    DEPUTY      PARISH

### RESTRAINING ORDER

TO:      THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

THROUGH:    ITS REGISTERED AGENT FOR SERVICE OF PROCESS, JEFFREY J. ENTWISLE

7887 WALMSLEY AVENUE, NEW ORLEANS, LA 70125

GREETINGS: WHEREAS, it has been represented unto us in our said District Court on the part of **Fennidy, Montrelle** in a **VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION** lately exhibited against you touching certain matters and things therein set forth; and, Whereas, the Honorable **Piper D. Griffin**, a Judge of our said Court, upon due consideration thereof, has made and allowed an order in said cause, whereby you are required to show cause on the **6th** day of **September, 2018** at **9:30** o'clock AM why an injunction should not issue as prayed for in said **VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION** ; And Whereas, the said Judge has granted and allowed an order restraining you **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** immediately and forthwith and during the pendency of said motion for an injunction to the full extent and effect as prayed for in said **VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION**.

Now, therefore, in consideration of the premises and of the allegations in said **VERIFIED PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND PERMANENT INJUNCTION** contained, you, the said **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS**, your agents, attorneys, and servants and each of you are hereby commanded and strictly enjoined under the penalty of law, that you and each of you absolutely refrain and desist from **ENFORCING ITS POLICY THAT "ONLY THE STUDENT'S NATURAL HAIR IS PERMITTED. EXTENSIONS, WIGS, HAIR PIECES OF ANY KIND ARE NOT ALLOWED."** And that you the said **THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** your agents, attorneys, and servants and each of you remain so inhibited and restrained until the further order of our said Court in the premises.

Witness the Honorables **Bernadette D'Souza, Christopher J. Bruno, D. Nicole Sheppard, Ellen M. Hazeur, Ethel S. Julien, Kern A. Reese, Monique E. Barial, Nakisha Ervin-Knott, Paulette Irons, Piper D. Griffin, Rachael Johnson, Robin M. Giarrusso, Sidney H. Cates IV, Melvin Zeno**, Judges of the said Court of the City of New Orleans, LA, this **24th** day of **August** in the year of our Lord, **2018**.

_Ellen X. Philbrick_

Ellen Philbrick, Deputy Clerk
CHELSEY RICHARD NAPOLEON,
CLERK OF COURT

Issued at the request of:
**Williams, James M 26141**

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 2018-08411           DIVISION: L                    SECTION 6

MONTRELLE FENNIDY, ON BEHALF OF HER MINOR CHILD, █████
█████ AND TOYONITA PARQUET, ON BEHALF OF HER MINOR CHILD,
█████ ██

VERSUS

CHRIST THE KING PARISH SCHOOL, DAWN SWEAR CASTILLO, AND THE
ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

_____                    _____
FILED                                                    DEPUTY CLERK

DECLINATORY EXCEPTION OF IMPROPER VENUE;
ALTERNATIVE MOTION TO TRANSFER PURSUANT TO C.C.P. ART. 123 FOR
*FORUM NON CONVENIENS*; AND
DILATORY EXCEPTION OF LACK OF PROCEDURAL CAPACITY

Defendants, The Roman Catholic Church of the Archdiocese of New Orleans,

Christ the King Roman Catholic Church, Gretna, Louisiana, as owner and operator

of Christ the King Parish School (erroneously referred to as "Christ the King Parish

School"), and Dawn Swear Castillo respectfully move that this Court sustain

Defendants' declinatory exception of improper venue pursuant to La. C.C.P. arts. 925

and 932, or in the alternative, transfer this action to the 24th Judicial District Court

for the Parish of Jefferson on the basis of improper venue and/or *forum non

conveniens*, pursuant to La. C.C.P. Art. 123, and sustain Defendants' dilatory

exception of lack of procedural capacity pursuant to La. C.C.P. arts. 926 and 933, for

the reasons set forth in their memorandum in support of these exceptions and motion,

FILED
2018 AUG 30   A 11:39
CIVIL
DISTRICT COURT

which is incorporated herein as if copied *in extenso*. Defendants further request that

the Court take judicial notice of Exhibits 1 and 2, as public records.

Respectfully submitted,

RICHARD A. BORDELON, ESQ. (14091)
RALPH J. AUCOIN, ESQ. (2606)
TODD R. GENNARDO, ESQ. (32039)
DYLAN K. KNOLL, ESQ. (35507)
DENECHAUD AND DENECHAUD, L.L.C.
1010 Common Street, Suite 3010
New Orleans, Louisiana 70112
Telephone: (504) 522-4756
Facsimile: (504) 568-0783
**Attorneys for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served

upon all counsel or parties of record by email and/or U.S. Mail, postage prepaid, this

30th day of August, 2018.

RICHARD A. BORDELON
DYLAN K. KNOLL

E-Filed

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 2018-08411 DIVISION: L SECTION 6

MONTRELLE FENNIDY, ON BEHALF OF HER MINOR CHILD, ██
█████ AND TOYONITA PARQUET, ON BEHALF OF HER MINOR CHILD,
█████ D███

VERSUS

CHRIST THE KING PARISH SCHOOL, DAWN SWEAR CASTILLO, AND THE
ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

_____                          _____
FILED                                            DEPUTY CLERK

MEMORANDUM IN SUPPORT OF
DECLINATORY EXCEPTION OF IMPROPER VENUE; ALTERNATIVE
MOTION TO TRANSFER FOR *FORUM NON CONVENIENS*; AND
DILATORY EXCEPTION OF LACK OF PROCEDURAL CAPACITY

MAY IT PLEASE THE COURT:

Defendants, The Roman Catholic Church of the Archdiocese of New Orleans

(hereinafter the "Archdiocese"), Christ the King Roman Catholic Church, Gretna,

Louisiana, as owner and operator of Christ the King Parish School (erroneously

referred to as "Christ the King Parish School") (hereinafter "Christ the King"), and

Dawn Swear Castillo, respectfully submit this memorandum in support of their

declinatory exception of improper venue, alternative motion to transfer for *forum non*

*conveniens*, and dilatory exception of lack of procedural capacity. As set forth below,

all of the events that form the basis of the Petitioners' petition took place in Jefferson

Parish. Furthermore, Petitioners improperly joined the only Defendant domiciled in

Orleans Parish hereto. Finally, Petitioners, Montrelle Fennidy and Toyonita Parquet,

lack procedural capacity to sue on behalf of the minor children, █████ █████ and

█████ D███.

I.    BACKGROUND

While the parties were discussing resolution of the issues in good faith,

Petitioners' counsel notified Defendants' counsel via email at 2:14 p.m. on Thursday,

August 23, 2018, that Petitioners intended to file for injunctive relief. Petitioners then

2018 AUG 30   A 11:39
CIVIL
DISTRICT COURT

e-filed this lawsuit a few minutes later at 2:16 p.m. Petitioners' counsel was verbally informed that same afternoon shortly after the aforementioned email was received and after the lawsuit was filed that Christ the King had rescinded the policy complained of and that Petitioners' children were welcome at the school. This was confirmed in an email one hour later. Yet, Petitioners proceeded with their lawsuit and sought a temporary restraining order. Further, none of the Defendants were given an opportunity to argue against the requested temporary restraining order.[1] It is unknown at what precise time the temporary restraining order was signed by the Court that day.

## II.    ORLEANS PARISH IS NOT A PROPER VENUE FOR THIS ACTION

The Roman Catholic Church of the Archdiocese of New Orleans is the only named Defendant domiciled in Orleans Parish, and Petitioners improperly joined the Archdiocese in this action. In general, La. C.C.P. art. 932 requires the court to dismiss an action if it is filed in an improper venue. Pursuant to Louisiana's venue laws, venue is proper in an action against an individual in the parish of his domicile or residence. La. C.C.P. art. 42(1). Venue is proper against a domestic corporation in the parish where its registered office is located. La. C.C.P. art. 42(2).

Here, as against Christ the King and Dawn Castillo, Orleans Parish is not a proper forum. According to Petitioners' own allegations, Ms. Castillo is domiciled in Jefferson Parish. (*See* Petition ¶ 1(B)). Therefore, pursuant to C.C.P. art. 42(1), venue is proper against Ms. Castillo in Jefferson Parish, not Orleans Parish. Moreover, Petitioners do not allege that Ms. Castillo is a joint and solidary obligor with Christ the King and the Archdiocese. Accordingly, venue is also improper as against Ms. Castillo pursuant to C.C.P. art. 73(A). In addition, the Temporary Restraining Order

---

[1] The defendants note that, even though petitioners were informed on August 23 that their children were welcome at the school and that even though the defendants have consistently requested meetings to resolve any issues since Tuesday, August 21, petitioners have not returned their children to school at Christ the King and, although invited, failed to appear at scheduled meetings until August 28.

drafted by Petitioners was only issued against "Christ the King Parish School," not against Castillo.

Petitioners also name "Christ the King Parish School" as a Defendant herein. No such entity exists. The proper entity is Christ the King Roman Catholic Church, Gretna, Louisiana, a Louisiana non-profit corporation that owns and operates Christ the King Parish School. (*See* Exhibit 1, *Information Certificate of Christ the King Roman Catholic Church, Gretna, Louisiana*). Christ the King's registered office is located in Jefferson Parish, at 535 Deerfield Rd., Gretna, Louisiana. (*See* Exhibit 1). Thus, under C.C.P. art. 42(2), Jefferson Parish, not Orleans Parish, is the proper venue for the action against Christ the King.

As indicated, Petitioners also name the Archdiocese as a Defendant. The Archdiocese's registered office is in Orleans Parish. However, Petitioners' allegations do not set forth any proper basis for their claims against the Archdiocese herein.[2] The Archdiocese and Christ the King are separate and distinct legal entities, organized as separate non-profit corporations under Louisiana law. (*See* Exhibit 1; Exhibit 2, *Information Certificate of The Roman Catholic Church of the Archdiocese of New Orleans*). Petitioners do not allege that the Archdiocese developed, implemented, or enforced the alleged policy complained of. Nor do they claim that the Archdiocese employs any of the individuals allegedly involved in the development, implementation, and/or enforcement of the policy. Indeed, the Archdiocese does not employ any of the individuals allegedly involved with the policy, did not draft or enforce the policy, and was not involved in any respect with the events alleged in the petition. Further, as noted, the Temporary Restraining Order drafted by Petitioners and ordered by the Court was not issued against the Archdiocese. Therefore, there is no basis for Petitioners' claims against the Archdiocese.

---

[2] Petitioners merely set forth vague allegations, without any specific basis, that the "Archdiocese and Christ the King are joint and solidary obligors who are liable for the actions of their employees, including Castillo." (Petition, ¶ 26). Petitioners also fail to make allegations that support their claim that Christ the King "is under the control of the Archdiocese of New Orleans." (Petition ¶ 1(A)).

Because venue is improper in Orleans Parish as to Ms. Castillo and Christ the King, and the Petitioners' claims against the Archdiocese are without merit, venue is improper in Orleans Parish. The Court should not maintain Petitioners' suit in Orleans Parish because of Petitioners' confusion regarding the separate corporate identities of the Archdiocese and Christ the King. Accordingly, the Court should dismiss Petitioners' claims for improper venue pursuant to articles 925 and 932 of the La. C.C.P. The Court should dismiss the action for the reasons set forth above and because the interests of justice do not require transfer. Petitioners knew that all of the alleged events took place in Jefferson Parish, that Christ the King is located in Jefferson Parish, and that the witnesses to the to the alleged events are in Jefferson Parish. The alleged events are recent and there is no issue of prescription that would affect such a dismissal. Thus, dismissal, not transfer, is appropriate.

III.   IF THE COURT DOES NOT DISMISS THIS ACTION, IT SHOULD TRANSFER IT TO JEFFERSON PARISH

In the alternative, the Court should transfer this action to the 24th Judicial District Court for the Parish of Jefferson. If the interests of justice so demand, the court may transfer an action filed in an improper venue pursuant to La. C.C.P. art. 932(B).

Here, should the Court be disinclined to dismiss this action outright, it should transfer it to the 24th Judicial District Court for the Parish of Jefferson. In addition to the provision to transfer venue in Article 932(B) of the La. C.C.P., Article 123 provides that "[f]or the convenience of the parties and the witnesses, in the interest of justice, a district court upon contradictory motion ... may transfer a civil case to another district court where it might have been brought ... ."

As set forth above, Ms. Castillo resides in Jefferson Parish, and Christ the King is located in Jefferson Parish. As further set forth above, all alleged claims arose at Christ the King in Jefferson Parish, the witnesses to the alleged events are in Jefferson Parish, and the Archdiocese is not a proper party hereto. "No reason for

E-Filed

FILED

2018 AUG 30  A 11:39

CIVIL

DISTRICT COURT

allowing this suit to proceed in Orleans Parish exists. Nothing happened in Orleans Parish." *Sondheimer v. Hibernia Corp.*, 97-2460, p. 2 (La. App. 4th Cir. 12/10/97); 704 So. 2d 386, 387, *writ denied* 98-0085 (La. 3/13/98); 713 So. 2d 470. Moreover, the petition is silent with respect to the Petitioners' domicile. Thus, Jefferson Parish, not Orleans, is a more appropriate forum for this action.

### 1.    Convenience of the Parties and Witnesses

Because Ms. Castillo, Christ the King, and most of the witnesses are located in Jefferson Parish, where the wrongful acts are alleged to have taken place, and the petition is silent on the Petitioners' location, the convenience of the parties and witnesses would best be served by hearing this case in Jefferson Parish.

### 2.    The Interests of Justice

Furthermore, the interest of justice favors hearing the case in Jefferson Parish. Ms. Castillo and Christ the King are domiciled in Jefferson Parish. The Petitioners are students and parents at Christ the King school in Jefferson Parish, where the wrongful acts are alleged to have taken place. "[T]here is a local interest in having localized controversies decided at home." *See Holland v. Lincoln Gen. Hosp.*, 2010-CC-0038, p. **11 (La. 10/19/10); So.3d 1050, 1057 (*citing Piper Aircraft Co. v. Reyno*, 454 U.S. 235, 241 (1981)).

Because the convenience of the parties and witnesses and the interests of justice favor venue in Jefferson Parish, should the Court elect not to dismiss this action, it should transfer it to the 24th Judicial District Court for the Parish of Jefferson.

### IV.    MONTRELLE    FENNIDY    AND    TOYONITA    PARQUET    LACK PROCEDURAL CAPACITY

Petitioners failed to allege facts sufficient to support a finding of procedural capacity. In Louisiana, "[a]n unemancipated minor has no procedural capacity to sue." La. C.C.P. art. 683(A). To initiate suit on behalf of an unemancipated minor, "*[a]ll persons having parental authority* over an unemancipated minor *must join* as

FILED

2018 AUG 30  A 11:39

CIVIL

DISTRICT COURT

proper plaintiffs to sue to enforce a right of the minor ... ." La. C.C.P. art. 683(B) (emphasis added). The petition does not allege that all persons having parental authority have joined in the action. The petition, therefore, fails to meet the requirements of La. C.C.P. art. 683 with respect to suit on behalf of an unemancipated minor. Accordingly, the Court should sustain Defendants' exception of lack of procedural capacity and dismiss this action.

V.     CONCLUSION

For the reasons set forth above, Defendants, The Roman Catholic Church of the Archdiocese of New Orleans, Christ the King Roman Catholic Church, Gretna, Louisiana, as owner and operator of Christ the King Parish School (erroneously referred to as Christ the King Parish School), and Dawn Swear Castillo respectfully request that the Court sustain their exception of improper venue and dismiss the Petitioners' action without prejudice, or, in the alternative, to transfer the action for improper venue and/or *forum non conveniens*. Defendants further request that the Court sustain their exception of lack of procedural capacity and dismiss the action on that basis.

Respectfully submitted,

RICHARD A. BORDELON, ESQ. (14091)
RALPH J. AUCOIN, ESQ. (2606)
TODD R. GENNARDO, ESQ. (32039)
DYLAN K. KNOLL, ESQ. (35507)
DENECHAUD AND DENECHAUD, L.L.C.
1010 Common Street, Suite 3010
New Orleans, Louisiana 70112
Telephone: (504) 522-4756
Facsimile: (504) 568-0783
Attorneys for Defendants

FILED
2018 AUG 30   A 11:39
CIVIL
DISTRICT COURT

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served upon all counsel or parties of record by email and/or U.S. Mail, postage prepaid, this 30th day of August, 2018.

_____
RICHARD A. BORDELON
DYLAN K. KNOLL

FILED
2018 AUG 30   A 11:39
CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 2018-08411                DIVISION: L                SECTION 6

MONTRELLE FENNIDY, ON BEHALF OF HER MINOR CHILD, ██
██ AND TOYONITA PARQUET, ON BEHALF OF HER MINOR CHILD,
█████ █████

VERSUS

CHRIST THE KING PARISH SCHOOL, DAWN SWEAR CASTILLO, AND THE
ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

_____                        _____
FILED                                          DEPUTY CLERK

ORDER

On motion of Defendants, The Roman Catholic Church of the Archdiocese of

New Orleans; Christ the King Roman Catholic Church, Gretna, Louisiana, as owner

and operator of Christ the King Parish School (erroneously referred to as "Christ the

King Parish School"); and Dawn Swear Castillo, it is ordered that Petitioners,

Montrelle Fennidy, on behalf of her minor child, █████ █████, and Toyonita

Parquet, on behalf of her minor child █████ █████, show cause why Defendants'

Declinatory Exception of Improper Venue, Alternative Motion to Transfer, and

Dilatory Exception of Lack of Procedural Capacity should not be granted at _____

a.m. on the _____ day of _____, 2018.

_____
JUDGE

PLEASE SERVE:

Petitioners, MONTRELLE FENNIDY,
on behalf of her minor child,
█████ █████, and TOYONITA PARQUET,
on behalf of her minor child █████ █████
through their attorneys of record:

JAMES M. WILLIAMS (26141)
INEMESIT U. O'BOYLE (30007)
ERIN B. RIGSBY (37374)
One Galleria Boulevard, Suite 1100
Metairie, LA 70001

FILED

2018 AUG 30   A 11:39
CIVIL
DISTRICT COURT

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been duly served upon all counsel or parties of record by email and/or U.S. Mail, postage prepaid, this 30th day of August, 2018.

_____
RICHARD A. BORDELON
DYLAN K. KNOLL

E-Filed



EXHIBIT

FILED
2018 AUG 30 A 11:39
CIVIL

... DISTRICT COURT

# R. Kyle Ardoin

## SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*

In response to your request we are pleased to provide the information on the subject Non-Profit Religious Corporation which filed articles of incorporation in this office on March 28, 1963.

**Name:**     CHRIST THE KING ROMAN CATHOLIC CHURCH, GRETNA,
LOUISIANA

**Type:**     Non-Profit Religious Corporation

**City:**     GRETNA

**Status:**     ACTIVE

**Previous Names:**
    CONGREGATION OF CHRIST THE KING ROMAN CATHOLIC
CHURCH (Changed: 8/28/2009)

**Business:**     CHRIST THE KING ROMAN CATHOLIC CHURCH, GRETNA,
LOUISIANA

**Charter Number:**     03301690W

**Registration Date:**     3/28/1963

**Domicile Address**
    535 DEERFIELD RD.
    GRETNA, LA 70056

**Mailing Address**
    535 DEERFIELD RD.
    GRETNA, LA 70056

**Status:**     **ACTIVE**

**Annual Report Status:**     **In Good Standing**

**Last Report Filed:**     2/26/2018

**Type:**     Non-Profit Religious Corporation

**Registered Agent(s)**

FILED

2018 AUG 30  A 11:39

CIVIL

DISTRICT COURT

**Agent:**
**Address:** 7887 WALMSLEY AVENUE
**City, State, Zip:** NEW ORLEANS, LA 70125
**Appointment Date:** 3/14/2017

**Officer(s)**                                    **Additional Officers: No**

**Officer:** REV. MICHAEL NAM NGUYEN
**Title:** Director, Secretary/Treasurer
**Address:** 535 DEERFIELD ROAD
**City, State, Zip:** GRETNA, LA 70056

**Officer:** REV. PETER O. AKPOGHIRAN, J.C.D.
**Title:** Vice-President, Director
**Address:** 7887 WALMSLEY AVENUE
**City, State, Zip:** NEW ORLEANS, LA 70125

**Officer:** MOST REV. FERNAND J. CHERI, III, O.F.M., V.G.
**Title:** President, Director
**Address:** 7887 WALMSLEY AVENUE
**City, State, Zip:** NEW ORLEANS, LA 70125

**Officer:** JEFFREY J. ENTWISLE
**Title:** Director
**Address:** 7887 WALMSLEY AVENUE
**City, State, Zip:** NEW ORLEANS, LA 70125

**Amendments on file**

| Date | Description |
| --- | --- |
| 2/1/1968 | Amendment |
| 8/28/2009 | Name Change |
| 10/13/2014 | Appointing, Change, or Resign of Officer |

In testimony whereof, I have hereunto set my
hand and caused the Seal of my Office to be
affixed at the City of Baton Rouge on,

August 28, 2018

*Secretary of State*

Web 03301690W

E-Filed



**Certificate ID:** 10988917#WAR93

To validate this certificate, visit the following web site,
go to **Business Services**, **Search for Louisiana
Business Filings**, **Validate a Certificate**, then follow
the instructions displayed.
**www.sos.la.gov**



FILED
2018 AUG 30 A 11:39
CIVIL
DISTRICT COURT

# R. Kyle Ardoin

## SECRETARY OF STATE

*As Secretary of State, of the State of Louisiana, I do hereby Certify that*

In response to your request we are pleased to provide the information on the subject Non-Profit Religious Corporation which filed articles of incorporation in this office on August 14, 1941.

**Name:** THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

**Type:** Non-Profit Religious Corporation

**City:** NEW ORLEANS

**Status:** ACTIVE

**Previous Names:**
THE ROMAN CATHOLIC CHURCH OF THE DIOCESE OF NEW ORLEANS (Changed: 4/3/1963)

**Business:** THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS

**Charter Number:** 01302040W

**Registration Date:** 8/14/1941

**Domicile Address**
7887 WALMSLEY AVE.
NEW ORLEANS, LA  70125

**Mailing Address**
C/O JEFFREY J. ENTWISLE
7887 WALMSLEY AVE
NEW ORLEANS, LA  70125

**Status:** ACTIVE

**Annual Report Status:** In Good Standing

**Last Report Filed:** 7/16/2018

**Type:** Non-Profit Religious Corporation

E-Filed

FILED

2018 AUG 30  A 11:39

CIVIL

DISTRICT COURT

**Registered Agent(s)**

| | |
|---|---|
| **Agent:** | JEFFREY J. ENTWISLE |
| **Address:** | 7887 WALMSLEY AVE. |
| **City, State, Zip:** | NEW ORLEANS, LA 70125 |
| **Appointment Date:** | 7/25/2016 |

**Officer(s)**                                                    **Additional Officers: No**

| | |
|---|---|
| **Officer:** | MOST REV.GREGORY M. AYMOND, D.D. |
| **Title:** | President, Director |
| **Address:** | 7887 WALMSLEY AVE. |
| **City, State, Zip:** | NEW ORLEANS, LA 70125 |

| | |
|---|---|
| **Officer:** | VERY REV. PETER O. AKPOGHIRAN, J.C.D. |
| **Title:** | Director, Vice-President |
| **Address:** | 7887 WALMSLEY AVE |
| **City, State, Zip:** | NEW ORLEANS, LA 70125 |

| | |
|---|---|
| **Officer:** | MOST REV. FERNAND J. CHERI, III, O.F.M., V.G. |
| **Title:** | Vice-President, Director |
| **Address:** | 7887 WALMSLEY AVE |
| **City, State, Zip:** | NEW ORLEANS, LA 70125 |

| | |
|---|---|
| **Officer:** | JEFFREY J. ENTWISLE |
| **Title:** | Secretary, Director |
| **Address:** | 7887 WALMSLEY AVE. |
| **City, State, Zip:** | NEW ORLEANS, LA 70125 |

**Merger(s)**

| | |
|---|---|
| **Filed Date:** | 12/14/2012 |
| **EffectiveDate** | 12/14/2012 |
| **Type:** | MERGE |
| **Charter #:** | 01302040W |
| **Charter Name:** | THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS |
| **Role:** | SURVIVOR |

| | |
|---|---|
| **Filed Date:** | |
| **EffectiveDate** | |
| **Type:** | MERGE |
| **Charter #:** | 04212400N |
| **Charter Name:** | ABHS, INC. |
| **Role:** | NON-SURVIVOR |

| | |
|---|---|
| **Filed Date:** | 7/3/2017 |
| **EffectiveDate** | 7/3/2017 |
| **Type:** | MERGE |
| **Charter #:** | 01302040W |
| **Charter Name:** | THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS |
| **Role:** | SURVIVOR |

| | |
|---|---|
| **Filed Date:** | |
| **EffectiveDate** | |
| **Type:** | MERGE |
| **Charter #:** | 04715890W |
| **Charter Name:** | STELLA MARIS MARITIME CENTER OF THE ARCHDIOCESE OF NEW ORLEANS |
| **Role:** | NON-SURVIVOR |

| | |
|---|---|
| **Filed Date:** | 8/4/2017 |
| **EffectiveDate** | 8/4/2017 |

FILED

2018 AUG 30   A 11:39

CIVIL

DISTRICT COURT

**Type:** MERGE
**Charter #:** 01302040W
**Charter Name:** THE ROMAN CATHOLIC CHURCH OF THE
ARCHDIOCESE OF NEW ORLEANS
**Role:** SURVIVOR

**Filed Date:**
**EffectiveDate**
**Type:** MERGE
**Charter #:** 05211260N
**Charter Name:** HISPANIC APOSTOLATE
**Role:** NON-SURVIVOR

### Amendments on file

| Date | Description |
|------|-------------|
| 4/3/1963 | Name Change |
| 9/9/1985 | Domicile, Agent Change or Resign of Agent |
| 11/7/2012 | Amendment |
| 12/14/2012 | Merger |
| 7/3/2017 | Merger |
| 8/4/2017 | Merger |

In testimony whereof, I have hereunto set my
hand and caused the Seal of my Office to be
affixed at the City of Baton Rouge on,

August 28, 2018

*Secretary of State*

Web 01302040W

E-Filed



**Certificate ID:** 10988916#N8Q83

To validate this certificate, visit the following web site,
go to **Business Services, Search for Louisiana
Business Filings, Validate a Certificate**, then follow
the instructions displayed.
**www.sos.la.gov**