## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MONTRLLE FENNIDY, on behalf of her minor Child, FAITH FENNIDY and TOYONITA PARQUET, on behalf of her minor child, TYRIELLE DAVIS** | * * * * * * | **CIVIL ACTION NO: 18-8258** <br><br> **SECTION: F** <br><br> **JUDGE: MARTIN C. FELDMAN** |
| **Plaintiff,** | * * | |
| **VERSUS** | * * | |
| **CHRIST THE KING PARISH SCHOOL, DAWN SWEAR CASTILLO, and THE ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF NEW ORLEANS** | * * * * * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>NOTICE OF DISMISSAL</u>

NOW INTO COURT, through undersigned counsel, come Plaintiffs Montrelle Fennidy, on behalf of her minor child, Faith Fennidy, and Toyonita Parquet, on behalf of her minor child, Tyrielle Davis who hereby dismiss their complaint, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure. Plaintiff asserts this action on the grounds that Defendant revoked the discriminatory policy at issue in the case at bar after the Temporary Restraining Order enjoining them from enforcing the aforementioned policy was granted. Accordingly, Plaintiffs move to dismiss their complaint, without prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure as the is issue before the Court is now moot.

Respectfully submitted,

**CHEHARDY, SHERMAN, WILLIAMS, MURRAY, RECILE, STAKELUM & HAYES, LLP**

  /s/Inemesit U. O'Boyle_____
JAMES M. WILLIAMS, BAR NO. 26141
INEMESIT O'BOYLE, BAR NO. 30007

One Galleria Boulevard, Suite 1100
Metairie, Louisiana   70001
Telephone:  (504) 833-5600
Facsimile:   (504) 833-8080

**CERTIFICATE OF SERVICE**

I hereby certify that on **September 10, 2018,** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

　　　　　　　　　　　　　　　　　 */s/Inemesit U. O'Boyle*　　　　　　　　　
　　　　　　　　　　　　　　　　　INEMESIT U. O'BOYLE